UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIKE MORSE,

    Plaintiff,

v.                                       CASE NO: 8:10-cv-2461-T-26AEP

ZONA LONG BAIL BONDS, INC., and
KIM LONG,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Final Motion for Extension of Time to Effectuate Service (Dkt. 7) is granted. Plaintiff shall effectuate service of process on both Defendants no later than April 15, 2011, and file proof to that effect with the Clerk no later than April 19, 2011, failing which this case will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, on April 13, 2011.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record